**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **FLOYD SEIBERT, individually, and as TRUSTEE FOR THE CENTRAL HOME CARE SERVICES, INC., and AFFILIATES 401(K) PLAN,** | ) ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| vs. | ) ) | Case No. CIV-06-1330-F |
| **(1) CENTRAL HOME CARE SERVICES, INC., and AFFILIATES 401(K) PLAN; (2) MATTHEWS BENEFIT GROUP, ADMINISTRATOR OF THE CENTRAL HOME CARE SERVICES, INC., and AFFILIATES; (3) CENTRAL HOME CARE SERVICES, INC.; (4) EXTENDED CARE SERVICES OF OKLAHOMA, INC.; (5) CENTRAL OKLAHOMA CARE AT HOME, INC.; (6) CENTRAL TEXAS HOME HEALTH SERVICES; (7) CENTRAL TEXAS EXTENDED CARE SERVICES, INC.; (8) WESTERN MEDICAL SUPPLIES AND EQUIPMENT, INC.; (9) SECRETARY OF LABOR FOR THE UNITED STATES OF AMERICA; (10) JOHN HANCOCK LIFE INSURANCE COMPANY (USA),** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

**ORDER DENYING MOTION FOR JUDGMENT**

Before the court is the Motion for Judgment (doc. no. 29) filed by Plaintiff, Floyd Seibert, Trustee for the Central Home Care Services, Inc. and Affiliates 401(K) Plan, on January 17, 2007, wherein plaintiff requests the court to enter default judgment against defendant, John Hancock Life Insurance Company (U.S.A.). Upon review of the motion, the complaint and the record herein, the court finds that plaintiff's motion should be and is hereby **DENIED**. Rule 54(c), Fed. R. Civ. P.,

provides that "[a] judgment by default shall not be different in kind from or exceed in amount that prayed for in the demand for judgment." Plaintiff seeks relief against defendant which was never requested in the complaint.

  Entered this 18th day of January, 2007.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-1330p005.wpd